# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 4:05-CR-13-01-SEB-MGN |
| | ) | |
| DWAYNE MICHAEL SHECKLES | ) | |
| | ) | |
| Defendant | ) | |

## ORDER APPROVING AND ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

The Court, having considered the Magistrate Judge's Report and Recommendation dated September 4, 2012, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is REVOKED. The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of two (2) months. Following the two-month term of imprisonment, the defendant shall be placed on supervised release for a period of one (1) year with the previously imposed conditions. Additionally, the defendant's term of supervised release will be modified by adding the following condition of supervision: "The defendant shall reside at a residential reentry center for a period of six (6) months and shall observe the rules of that facility."

Date: 09/13/2012

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution will be made electronically on all ECF-registered counsel of record.